## DUNDAS v. BIDDLE.

The court will compel a feme covert trustee by descent, to acknowledge that she executes the deed voluntarily, &c.

*Jan.* 17.—THE case is reported in 6 Whart. 392, as Vaughn *v.* Barclay. After that decision it was found that trusts descended, in Virginia, as beneficial interests to children equally; whereupon an amended bill was filed against all the heirs of John Barclay, for a conveyance. A decree for a conveyance was made. One of the defendants, a feme covert, signed and acknowledged the deed, but refused to acknowledge that it was done voluntarily, &c.; the law of Virginia being imperative, and the deed a nullity, as to her, without it.

The case was heard on a rule to show cause why the deed should not be executed agreeably to the law of Virginia.

*Wm. Tilghman* and *Tilghman*, for the motion, referred to the act, and stated, without this there was, in fact, no conveyance.

*Geo. W. Biddle* and *Meredith*, contrà.—Will the court compel a party to say she performs an act voluntarily ? The decree has been complied with; she has done all the others were required to do. She requires a decree to protect her.

PER CURIAM.—It is no right acquired by marriage, but she is the real party. The deed is no deed without the forms are complied with.

Let the decree be entered.